IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHILI RIVER, INC., MARK FRANZOY,
and WILLIAM FRANZOY,

    Plaintiffs/Counter-Defendants,

Civil Action No. 16-CV-00866-KG/GJF
Consolidated with:
CIV 16-867 KG/GJF & 16-868 KG/GJF

LOCKHART SEEDS, INC

    Defendant/Counter-Plaintiff,

And

KAMTERTER PRODUCTS, LLC,

    Defendant.

### STIPULATED ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT KAMTERTER PRODUCTS, LLC AND LOCKHART SEEDS, INC. WITH PREJUDICE; AS WELL AS COUNTERCLAIMS OF LOCKHART SEEDS, INC. AGAINST PLAINTIFFS

THE COURT, having before it the unopposed Stipulated Motion to Dismiss Plaintiffs' Claims Against Defendant Kamterter Products, LLC and Lockhart Seeds, Inc. with Prejudice; and to dismiss the counterclaims of Lockhart Seeds, Inc. against Plaintiffs with prejudice, FINDS that the motion is well taken and that it should be GRANTED.

IT IS HEREBY ORDERED that all claims Plaintiffs Chili River, Inc., Mark Franzoy and William Franzoy have asserted against Defendant Kamterter Products, LLC and Lockhart Seeds, Inc. are dismissed with prejudice, all counterclaims of Lockhart Seeds, Inc against Plaintiffs are dismissed with prejudice, and that each of these parties will bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH

By: */s/ Ryan M. Walters*
LAURA ACKERMANN
RYAN M. WALTERS
*Attorneys for Defendant*
*Kamterer Products, LLC*
8801 Horizon Blvd. NE, Suite 300
Albuquerque, NM 87113
Telephone: 505.828.3600
laura.ackermann@lewisbrisbois.com
ryan.walters@lewisbrisbois.com

---

Casey S. Stevenson
Stuart R. Schwartz
ScottHulse PC
*Attorneys for Plaintiffs*
1100 Chase Tower
201 E. Main St.
P.O. Box 99123
El Paso, TX 79999-9123
cste@scotthulse.com
ssch@scotthulse.com

Approved by:

*/s/ A. Blair Dunn*
A. Blair Dunn
Western Agriculture, Resource and Business Advocates, LLP
*Attorneys for Lockhart Seeds, Inc.*
400 Gold Ave. SW, Suite 1000
Albuquerque, NM 87102
abdunn@ablairdunn-esq.com